**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| NETCHOICE,<br><br>        **Plaintiff,**<br><br>    v.<br><br>**MICHAEL HILGERS, in his official capacity as Attorney General for the State of Nebraska,**<br><br>        **Defendant.** | **Case No. 4:26-cv-3149** |

**MOTION FOR LEAVE TO FILE A BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

*Amici curiae* State of Florida, Iowa, 24 states, and the District of Columbia, move this Court for leave to file their brief for the Court's consideration in support of Defendant's Brief in Opposition to Plaintiff's Motion for Preliminary Injunction. *Amici* states allege:

1.    This case raises important issues affecting national matters of parental rights and child safety.

2.    *Amici* have a strong sovereign interest in the resolution of the questions of law raised in this case, evidenced by multiple *Amici* states passing similar

1

parental rights laws and more than forty states suing social media platforms for the harms caused to our Nation's children.[1]

3.      This participation of *Amici* will assist and be useful to the Court in its evaluation of those issues and will not result in unfair prejudice against any party.

4.      Counsel for *Amicus* States of Florida and Iowa have advised the parties of their intention to file this brief.  Defendant's counsel has represented that he consents to the filing of this brief.

5.      The proposed amicus brief is attached to this Motion as Exhibit 1.

Wherefore, *Amici Curiae* respectfully request they be granted leave to submit their brief in support of Defendant's Brief in Opposition to Plaintiff's Motion for Preliminary Injunction.

---

[1] Bobby Allyn, *States Sue Meta, Claiming Instagram, Facebook Fueled Youth Mental Health Crisis*, NPR (Oct. 24, 2023), https://tinyurl.com/y882nt5f.

Dated: June 12, 2026                    Respectfully Submitted,

BRENNA BIRD                             JAMES UTHMEIER
*Attorney General of Iowa*                *Attorney General of Florida*

*/s/ Eric H. Wessan*                      RYAN D. NEWMAN
Eric H. Wessan                            *Chief Deputy Attorney General*
*Solicitor General*
                                        DAVID M.S. DEWHIRST
1305 E. Walnut St.                        *Solicitor General*
(515) 823-9117
Des Moines, Iowa 50319                  JASON J. MUEHLHOFF
(515) 823-9117                            *Chief Deputy Solicitor General*
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov                 THOMAS F. KELLY
                                          *Solicitor General Fellow*

*Counsel for Amicus State of Iowa*        OFFICE OF THE ATTORNEY GENERAL
                                        PL-01, The Capitol
                                        Tallahassee, FL 32399-1050
                                        (850) 414-3300
                                        *jenna.hodges@myfloridalegal.com*

                                        *Counsel for Amicus State of Florida*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to NE Civ. R. 7.1(d), the undersigned hereby certifies that the foregoing brief contains 228 words (including the caption, headings, footnotes, and quotations), as determined by the word count function of Microsoft Word for Microsoft Office 365.

/s/ *Eric H. Wessan*

Counsel for *Amicus* State of Iowa

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically filed the foregoing brief using the PACER/ECF electronic filing system, causing notice of such filing to be electronically served upon the parties' counsel of record.

*/s/ Eric H. Wessan*

Counsel for *Amicus* State of Iowa