# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NETCHOICE,** | |
| **Plaintiff,** | **Case No. 4:26-cv-3149** |
| v. | |
| **MICHAEL HILGERS, in his official capacity as Attorney General for the State of Nebraska,** | **MOTION TO STAY DEADLINES** |
| **Defendant.** | |

Defendant, Michael Hilgers, in his official capacity as Attorney General for the State of Nebraska, hereby moves the Court to stay all deadlines and any further proceedings while Defendant pursues an interlocutory appeal of the Court's June 27, 2026 Memorandum and Order to the United States Court of Appeals for the Eighth Circuit. The Defendant has consulted with the Plaintiff in this matter and the Plaintiff has stipulated to this motion.

Consistent with NECivR. 7.1(a)(1)(B), no accompanying brief will be filed because the Plaintiff has stipulated to stay the proceedings before the United States District Court for the District of Nebraska until the interlocutory appeal is resolved. The Defendant further states as follows:

1.    On June 26, 2026, the Court granted Plaintiff's Motion for Preliminary Injunction in part. Filing 33.

2.    Defendant's Answer is due July 13, 2026. The deadline to file a Notice

1

of Appeal is July 27, 2026.

3.     Defendant intends to appeal the Court's Order preliminarily enjoining enforcement of the age-verification and parental consent requirements of Nebraska's Parental Rights in Social Media Act, Neb. Rev. Stat. § 86-1703(1)-(3) (2025 Supp.).

4.     The Defendant is requesting a stay of the Defendant's deadline to file its Answer to Plaintiff's Complaint for Declaratory and Injunctive relief until thirty (30) days from the date the interlocutory appeal is resolved.

5.     The Defendant is further requesting that the Court stay all other matters in this Court while the Parties focus their resources on the forthcoming interlocutory appeal.

WHEREFORE, the Defendant respectfully requests this Court enter an order staying the Defendant's Answer deadline, and all other proceedings, until thirty (30) days after the Eighth Circuit's decision resolving the interlocutory appeal of this Court's preliminary injunction order.

Respectfully submitted July 8, 2026

**MICHAEL HILGERS, in his official capacity as Attorney General of the State of Nebraska, Defendant.**

By:    MICHAEL T. HILGERS, #24483
*Nebraska Attorney General*

By:    *s/ Joseph W. McKechnie*
Joseph W. McKechnie, #27894
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL

2

1445 K Street, Room 2115
Lincoln, Nebraska 68508
Telephone: (402) 471-2682
joseph.mckechnie@nebraska.gov

*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, which will send notification of such filing to Plaintiff's counsel of record.

By: *s/ Joseph W. McKechnie*
Joseph W. McKechnie, #27894
Assistant Attorney General

3