**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| NETCHOICE,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL HILGERS, in his official capacity as Attorney General for the State of Nebraska,<br><br>   Defendant. | Case No. 4:26-cv-3149<br><br><br>NOTICE OF INTERLOCUTORY APPEAL |

Please take notice that the Defendant, Michael Hilgers, in his official capacity as Attorney General for the State of Nebraska, takes an interlocutory appeal to the United States Court of Appeals for the Eighth Circuit from this Court's June 27, 2026, Memorandum and Order granting in-part Plaintiff's Motion for Preliminary Injunction. Filing 33. Defendant appeals only the portion of the June 27, 2026, Memorandum and Order that preliminarily enjoined Defendant from enforcing the age verification and parental consent provisions of Nebraska's Parental Rights in Social Media Act, Neb. Rev. Stat. § 86-1703(1)–(3) (2025 Supp.).

Respectfully submitted July 23, 2026

**MICHAEL HILGERS, in his official capacity as Attorney General of the State of Nebraska, Defendant.**

By:    MICHAEL T. HILGERS, #24483
         *Nebraska Attorney General*

By:    *s/ Joseph W. McKechnie*
         Joseph W. McKechnie, #27894

1

*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Telephone: (402) 471-2682
joseph.mckechnie@nebraska.gov

*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I electronically filed the foregoing Notice with the Clerk of the United States District Court for the District of Nebraska, which will send notification of such filing to Plaintiff's counsel of record.

By:    *s/ Joseph W. McKechnie*
       Joseph W. McKechnie, #27894
       Assistant Attorney General

2