U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                         **Case Number**:

  NETCHOICE V. HILGERS                       4:26CV3149-JMG


**Appellant**:

  MICHAEL HILGERS

**Attorney(s)**:

| |
|---|
| JOSEPH W. MCKECHNIE |
| JOSHUA E. DETHLEFSEN |
| ATTORNEY GENERAL'S OFFICE-NEBRASKA |
| 2115 STATE CAPITOL |
| PO BOX 98920 |
| LINCOLN, NE 68509 |
| 402-471-1925 |

**Appellee:**

  NETCHOICE

**Attorney(s)**:

| |
|---|
| CAMILO A. GARCIA |
| ERIN E. MURPHY |
| JAMES Y. XI |
| CLEMENT, MURPHY LAW FIRM |
| 706 DUKE STREET |
| ALEXANDRIA, VA 22314 |
| 202-742-8890 |
| |
| JACKSON T. BILLINGS |
| NATHAN D. CLARK |
| CLINE, WILLIAMS LAW FIRM-LINCOLN |
| 233 SOUTH 13TH STREET |
| 1900 US BANK BUILDING |
| LINCOLN, NE 68508-2095 |
| 402-474-6900 |

**Court Reporter(s)**:

| |
|---|
| BRENDA FAUBER 402-661-7322 |

**Please return files and documents to**:

  OMAHA

**Person to contact about the appeal**:

  MARY ROUNDTREE


| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| RETAINED | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  N/A

**Where?**    N/A

**Please list all other defendants in this case if there were multiple defendants**
 N/A

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14