## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL HILGERS, in his official capacity as Attorney General of the State of Nebraska,<br><br>*Defendant.* | Case No. 4:26-cv-03149 |

### PLAINTIFF NETCHOICE'S NOTICE OF CROSS-APPEAL

Plaintiff NetChoice cross-appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order, entered on June 27, 2026, ECF No. 33, denying in part NetChoice's Motion for Preliminary Injunction, ECF No. 17.  NetChoice appeals only the portion of this Court's June 27 Memorandum and Order denying its request to preliminarily enjoin Defendant from enforcing §28(4)(a)-(b) of the Nebraska Parental Rights in Social Media Act.  *See* Neb. Stat. Rev. §86-1703(4)(a)-(b) (2025 Supp.).

Respectfully submitted,

s/Erin E. Murphy

| | |
|---|---|
| Nathan D. Clark (#25857)<br>CLINE WILLIAMS WRIGHT<br>JOHNSON & OLDFATHER, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, NE 68508<br>(404) 474-6900<br>nclark@clinewilliams.com | Erin E. Murphy* (D.C. #995953)<br>James Y. Xi* (D.C. #1617537)<br>Camilo Garcia* (D.C. #90004901)<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>erin.murphy@clementmurphy.com<br>james.xi@clementmurphy.com<br>camilo.garcia@clementmurphy.com<br>*\* Admitted pro hac vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Erin E. Murphy