# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 24, 2026

Erin Murphy
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

  RE:  26-2486  NetChoice v. Michael Hilgers

Dear Counsel:

  The District Court clerk has transmitted a notice of cross-appeal, together with notification of payment of the docket fee. In accordance, with the Federal Rules of Appellate Procedure and Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

  The briefing schedule established today supersedes all other schedules. The briefing schedule will be forwarded under separate Notice of Docket Activity.

         Susan E. Bindler
         Clerk of Court

CMH

Enclosure(s)

cc:    Nathan D. Clark
     Clerk, U.S. District Court, District of Nebraska
    Joshua E. Dethlefsen
    Brenda Fauber
    Camilo A. Garcia
    Joseph W. McKechnie
    James Y. Xi

     District Court/Agency Case Number(s):   4:26-cv-03149-JMG

**Caption For Case Number:   26-2486**

NetChoice

       Plaintiff - Appellant

v.

Michael Hilgers, in his official capacity as Attorney General of the State of Nebraska

       Defendant - Appellee

**Addresses For Case Participants:   26-2486**

Erin Murphy
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Nathan D. Clark
CLINE & WILLIAMS
435
1900 U.S. Bank Building
233 S. 13th Street
Lincoln, NE  68508-0000

Clerk, U.S. District Court, District of Nebraska
U.S. DISTRICT COURT
District of Nebraska
Room 593
100 Centennial Mall North
Lincoln, NE  68508-3803

Joshua E. Dethlefsen
ATTORNEY GENERAL'S OFFICE
Civil Litigation
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Brenda Fauber
Suite 3129
111 S. 18th Plaza
Omaha, NE  68102-1322

Camilo A. Garcia
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Joseph W. McKechnie
ATTORNEY GENERAL'S OFFICE
Civil Litigation
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

James Y. Xi
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314