**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

September 4, 2026

Britny Williams
Eighth Circuit Court of Appeals
111 South 10th Street, Suite 24.329
St. Louis MO 63102

Re: USCA Case Number: 26-2486
District Court Case Number: 4:26CV3149
NetChoice v. Hilgers

Dear Britny:

The following restricted documents relate to the above case on appeal:

- Filing #35 – Transcript of hearing on motion for preliminary injunction held on June 16, 2026

If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

By: s/ Lindsey Olson
Deputy Clerk

Forms-Appeal-Letter-Transmittal_to_Circuit_Clerks Record

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379